William N. Brooks and Floral City Phosphate Company, Appellants, vs. L. Paul Jumeau, Administrator of the estate of Achille Henri Laurent, deceased, Appellee.

Appeal from the Circuit Court, Citrus county; William A. Hocker, Judge.

Thomas P. Lloyd and H. L. Anderson, for Appellants.

John G. Reardon, for Appellee.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendant, and the complainants appeal. Appeal dismissed upon praecipe of counsel for the appellants.

Decision *Per Curiam*.